**AO 256 (Rev. 2/86)** — CRIMINAL DOCKET - U.S. District Court

| Field | Value |
|---|---|
| PO | 0060 |
| Felony | X |
| District | |
| U.S. vs. | AKINS, TIMOTHY a/k/a Michael Mayfield |
| Yr. | 89 |
| Docket No. | 00061 |
| Def. | 02 |
| No. of Def's | 2 |

95-3
125.90

## I. CHARGES / OFFENSES CHARGED

| U.S. Title/Section | Offenses Charged | Original Counts | Disposition |
|---|---|---|---|
| 21:846 | Conspiracy & poss with intent to dist cocaine, a Sch II controlled subst | I | X |
| 18:2 & 21:841 | Aiding and abetting; poss with intent to dist cocaine, a Sch II controlled subst | II | X |
| 18:2 & 21:841 | Aiding and abetting; poss w/intent to dist marijuana, a Sch I controlled subst | III | X (dism) |
| 18:2 & 21:841 | Aiding and abetting; poss w/intent to dist cocaine base, a Sch II controlled subst | IV | X |
| 21:841 | Possession w/intent to dist cocaine, a Sch II contr subst | VI | X (dism) |
| 21:841 | Possession w/intent to dist marijuana, a Sch I contr. subst | VII | X |
| 18:924(c)(1) | Possession of firearm in relation to drug trafficking | VIII | X |
| 21:841 | Possessions w/intent to dist cocaine, a Sch II cont subst | (Superseding) | X |

## II. KEY DATES

- KEY DATE EARLIEST OF: (blank)
- KEY DATE APPLICABLE: 06/19/89 — Indictment filed/unsealed
- KEY DATE: 06/21/89 — 1st appears on pending charge /R40
- KEY DATE APPLICABLE: 9-5-89 — End Interval Two; Pled guilty After N.G.

1st appears with or waives counsel: 06/21/89
ARRAIGNMENT: 06/21/89
DISPOSITION DATE: 9-5-89
SENTENCE DATE: 1-25-90
FINAL CHARGES DISMISSED: on gov't motion

## III. MAGISTRATE

(blank)

## ATTORNEYS

U.S. Attorney or Asst.: STACEY McCORD
Patrick Harris, AUSA, POBox 1229 Little Rock, AR

Defense: 2 Ret. — X

~~Robert Adcock~~
~~Attorney at Law~~
~~GREENE LAW OFFICES~~
~~210 State Street~~
~~Little Rock, AR 72201~~
~~(501) 376-0886~~

Stuart Vess
2900 Percy Machin Drive
NLR, AR 72114
(501) 758-3320

Timothy Akins
918 Concord
Little Rock, Arkansas 72202
(501) 375-3568

CTS I - III - NMT 20 yrs; &/or NMT $1,000,000
CTS IV & VII - NLT 5 & NMT 40 Yrs &/or NMT $4,000,000
CTS VI & IX - NMT 20 yrs &/or NMT $1,000,000
CT VIII - 5 yrs consec; &/or NMT $250,000

$50.00 Sp. Assessment on ea ct
**GUIDELINES**

P. O. Joe Klingbeil

## BAIL / RELEASE

PRE-INDICTMENT: (blank)

POST-INDICTMENT:
Release Date: 6/21/89
Conditions: [X] Pers. Rec.

FINE AND RESTITUTION PAYMENTS — (blank table)
APPEALS FEE PAYMENTS — (blank)

## V. PROCEEDINGS

| Date | Doc# | Proceeding | | Start/End | Code | Days |
|---|---|---|---|---|---|---|
| 06/19/89 | 1 | INDICTMENT. | rls | | | |
| 06/19/89 | 2 | CASE SUMMARY. Warrant requested; warrant issued. | rls | | | |
| 06/21/89 | 3 | APPEARED w/counsel before Mag. Young for P&A; entered plea of n/g; jury trial (2 days) 8/7/89 @ 9:30 A.M.; 10 days to file pretrial motions. | rls | | | |
| 06/21/89 | 4 | ORDER (HDY) setting conditions of release (O/R). | rls | | | |
| 06/21/89 | 5 | NOTICE of jury trial 8/7/89. | rls | | | |
| 06/21/89 | 6 | RETURN on warrant; exec 6/21/89. | rls | | | |
| 7/3/89 | 7 | MOTION of deft. for discovery. (Ref._____) | rc | 7-3-89 / 8-3-89 | E | 32 |
| 7/3/89 | 8 | MOTION of deft. for discovery of witnesses & witnesses's statements. (Ref._____) | rc | | | |
| 7/10/89 | 9 | MOTION of the U.S. for consolidation of trials. (Ref. 8-3-89) | rc | | | |
| 7/11/89 | 10 | RESPONSE of the U.S. to deft's motion for discovery of witnesses & witnesses' statements & response to motion for discovery. | rc | | | |
| 7/12/89 | 11 | MOTION of U.S. for revocation of pretrial release. (Ref. 7-13-89) | rc | | | |
| 7/13/89 | 12 | ORDER (HDY) that the deft. appear before Magist. Young @ 2:00 p.m. Thursday, July 13, 1989, to answer the motion of the U.S. to revoke pretrial release. cc to counsel & deft. EOD 7/13/89. | rc | | | |
| 7/13/89 | -- | HEARING Before Magistrate Young to show cause why bond should not be revoked. Deft. released on $10,000 w/10% deposit posted w/the Court #29431. | js | | | |
| 7/13/89 | 13 | APPEARANCE BOND exec in the amount of $10,000; 10% cash deposit. | rls | | | |
| 8-3-89 | 14 | ORDER: (ETR) jury insts. and briefs due 9-22-89. cc: counsel. EOD: 8-3-89. | mar | | | |
| 8-3-89 | 15 | ORDER (ETR) granting continuance to 8-28-89. The delay occasioned by the continuance is excludable pursuant to 18 U.S.C. 3161(h)(8). Court specifically reserves ruling on m/severance. cc: HDY, counsel, Deft. EOD: 8-3-89. | mar | 8-3-89 / 8-25-89 | T | 25 |
| 8/4/89 | 16 | MOTION of deft. to suppress (Ref._____) | rc | | | |
| 8/10/89 | 17 | RESPONSE of U.S. to motion to suppress. | rc | | | |
| 8/21/89 | 18 | TRIAL Brief of deft. Akins. | rc | | | |
| 8/22/89 | 19 | MOTION of deft. for relief from prejudicial joinder of Cts. (Ref._____) | rc | | | |
| 8/22/89 | 20 | ORDER (ETR) that the motion for severance is denied and the motion for consolidation is granted. cc to counsel & deft. EOD 8/23/89. | rc | | | |
| 8/23/89 | 21 | MOTION of U.S. for continuance. (Ref._____) | rc | | | |
| 8/24/89 | 22 | BRIEF in support of motion for relief from prejudicial joinder of counts. | rc | | | |
| 8/25/89 | 23 | BRIEF in support of motion to suppress. | rc | | | |
| 8/25/89 | 24 | BRIEF in support of motion to suppress. | rc | | | |
| 8/25/89 | 25 | BRIEF in support of motion to suppress. | rc | | | |
| 8/25/89 | 26 | ORDER (ETR) granting continuance until 9/5/89 @ 9:30 a.m. The delay occasioned by the continuance is excludable pursuant to 18:3161(h)(8). cc to counsel & deft. EOD 8/28/89. | rc | 8-25-89 / 9-5-89 | T | 11 |
| 8/28/89 | -- | SUPPRESSION HEARING Held before Magistrate Young; Taken under advisement. | js | | | |
| 8/31/89 | 27 | RESPONSE of the U.S. to deft's motion for relief from prejudicial joinder of counts. | rc | | | |
| 8/31/89 | 28 | FINDINGS & RECOMMENDATIONS (HDY) that the pending motions to suppress evidence & statements should be denied. cc to counsel EOD 9/1/89. | rc | | | |
| 8/31/89 | 29 | ORDER (ETR) denying motion to sever the counts. cc to counsel EOD 9/1/89. | rc | | | |

CONTINUED TO PAGE

LETTER CODES — For identifying periods of excludable delay per 18 USC 3161 (h) [Sections in brackets]:
A Exam or hearing for mental/physical incapacity (18 USC 4244) [(1)(A)]
B NARA exam (18 USC 2902) [(1)(B)]
C State/Fed.l proceedings on other charges [(1)(D)]
D Interlocutory appeal [(1)(E)]
E Pretrial motion (from filing to hearing or to other prompt disposition) [(1)(F)]
F Transfer from other district per FRCrP 20,21 or 40 or Mag. Rule 6a [(1)(G)]
G Proceedings under advisement, not to exceed 30 days, after all necessary submissions filed and hearings completed [(1)(J)]
H Misc. proceedings: arraignment, parole/probation, revocation, Deportation, extradition [(1)]
S Deferral of prosecution [per 28 USC 2902] [(1)(C)]
6 Transportation from another district or to/from examination or hospitalization in 10 days or less [(1)(H)]
7 Consideration by Court of proposed plea agreement [(1)(I)]
I Prosecution deferred by mutual agreement [(2)]
M Unavailability of defendant or essential witness [(3)(A,B)]
N Period of mental/physical incompetence of def. to stand trial [(4)]
O Period of NARA commitment/treatment [(5)]
P Superseding indictment and/or new charges [(6)]
R Def. awaiting trial of co defendant & no severance has been granted [(7)]
T Continuances granted per (h)(8) use "T" alone if more than one of the following reasons (T1 thru T4) is given in support of continuance [(8)(A,B)]
T1 Failure to continue would stop further proceedings or result in miscarriage of justice [(8)(B,i,ii)]
T2 Case unusual or complex [(8)(B,ii)]
T3 Indictment following arrest can't be filed in 30 days [(8)(B,iv)]
T4 Continuance granted to obtain or substitute counsel, or give reasonable time to prepare [(8)(B,iv)]
U Time up to withdrawal of guilty plea, 3161(i)
W Grand Jury indictment time extended 30 more days, 3161 (b)

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET U.S.

Case 4:89-cr-00061-BRW    Document 79    Filed 06/28/07    Page 3 of 5

TIMOTHY AKINS    (Roy) (Wilson)

LR-CR-89-61-(2)
Yr. | Docket No. | Def.

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| 9/1/89 | 30 OBJECTIONS to findings & recommendations of Magist. by deft. rc | | | | |
| 9/1/89 | 31 ORDER (Roy) approving and adopting Magistrate's findings and recommendations - motions to suppress evidence and statements are denied. EOD: 9-5-89. cc: attys. | | mar | | |
| 9/5/89 | 32 MOTION of deft. for conditional plea under Rule 11. rc | | | | |
| 9/5/89 | 33 APPEARED w/counsel before Judge Roy and entered a plea of guilty to Cts. 3,6+8 - Accepted by the Court. Cts.1,2,4,5,7+9 were dismissed on motion of the U.S. Atty. Deft. to remain on bond pending sentencing. rc | | | | |
| 9/8/89 | 34 TRANSCRIPT of chg. of plea rc | | | | |
| 9/8/89 | -- COURT Reporter's notes of chg. of plea filed by Alice Johnston; notes returned to Johnston this date. rc | | | | |
| 10/25/89 | 35 ORDER (ETR) that any objs. to PSR must be submitted in writing no later than 11/6/89. Failure to abide by the procedure can lead to contempt of court proceedings or other disciplinary action against counsel. cc to counsel rc | | | | |
| 12/21/89 | 36 NOTICE of sentencing 1/18/90 @2:00 p.m. - mailed rc | | | | |
| 1/25/90 | 37 J&C: (ROY) On Count III - Bureau of Prisons for term of 97 months; on Count 6 - Bureau of Prisons for 97 months concurrent with term on Count III; on Count 8 - Bureau of Prisons for term of 60 months consecutive to Counts 3 and 6. Fine of $8,000.00 on Count III due immediately. $50.00 Special Assessment on each count for total of $150.00 due immediately. 3 years supervised release following release from prison on Count III; 3 years supervised release on Count 6 to run concurrent with supervised release on Count 3. Anti-Drug Abuse Act applied - no illegal drugs and periodic drug testing at least every 60 days. To remain on present bond pending appeal. cc: attys, deft., USPO, USM. (EOD: 1-25-90) | | mar | | |
| 1/25/90 | DOCKET NOTE: presentence report delivered to Chief Deputy Clerk to be placed in vault; filed under seal. | | mar | | |
| 1/25/90 | (38) NOTICE OF APPEAL by deft. & Designation of Record. dc | | | | |
| 1/30/90 | (39) TRANSCRIPT PURCHASE ORDER. dc | | | | |
| 2/12/90 | (40) TRANSCRIPT ( 1 vol.) of 8/28/89 Proceedings. | | | | |
| 2/14/90 | (-) Court Reporter's Notes ( 1 bundle) of 8/28/89 proceedings before Judge Young; Notes returned to A. Johnston. | | | | |
| 2/14/90 | (-) COURT REPORTER'S NOTES ( 1 pkg.) of Sentencing; Notes returned to A. Johnston. dc | | | | |

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| 2/22/90 | (41) DESIGNATION OF RECORD by Appellant.   dc | | | | |
| 4/26/90 | (42) MOTION of U.S.A. To Revoke Release. (Ref. 6/8/90  )  dc | | | | |
| 5/24/90 | (43) ORDER (ETR) motion of the U. S. to revoke the bond of deft. is referred to Magistrate Young. (EOD 5/24/90) cc. counsel.   dc | | | | |
| 5/25/90 | (44) RESPONSE of deft. To Motion To Revoke Release.   dc | | | | |
| 5/30/90 | (45) NOTICE of Bond Revocation Hearing before Magistrate Young. 6/4/90 @ 9:30 a.m.   dc | | | | |
| 6/8/90 | (46) ORDER (HDY) Motion To Revoke the Release of Akins is Dismissed. (EOD 6/8/90) cc. parties.   dc | | | | |
| 2/14/91 | (47) OPINION (8USCA) Finding no reason for reversal, we affirm the decision of the District Court denying defts' motions to suppress.   dc | | | | |
| 2/14/91 | (48) MANDATE (8USCA) judgt. of the district court is affirmed. ( transcripts returned).   dc | | | | |
| 2/14/91 | (49) ORDER TO SURRENDER (Dir of Court) on February 25, 1991. cert. copy to deft. by cert. mail; cc counsel.  dc | | | | |
| 2/25/91 | (50) MOTION of deft. to be placed in a correctional facility clsoe to Pulaski County. (Ref. 3/4/91  )   rc | | | | |
| 3/4/91 | (51) ORDER (Roy) recommending that Federal Bureau of Prisons place deft. at the FCI in Texarkana, Texas is reasonably feasible; if not then FCI in Millington, TN if reasonably feasible. (EOD 3/5/91, cc:counsel) | cn | | | |
| 4/11/91 | (52) RETURN on J&C; deft. to FCI, Big Springs, TX | rc | | | |
| 7/16/91 | (53) MOTION of deft. for abatement of fine & sp. assessment. (Ref. 9/12/91   ) | rc | | | |
| 7/18/91 | (54) RESPONSE of U.S. to motion for abatement of fine & special assessment. | rc | | | |
| 7/18/91 | (55) MEMORANDUM in support of response to motion for abatement of fine & specail assessment. | rc | | | |
| 9/12/91 | (56) ORDER (Roy) denying motion for abatement of fine and special assessment. (EOD 9/12/91, cc:counsel) | cn | | | |
| 3/23/93 | (57) TRANSCRIPT of sentencing 1/25/90 before Judge Roy. | cn | | | |
| 8/16/95 | (58) MOTION of def. for release of presentence report. (Ref. 10/3/95   ) | rc | | | |
| 10/03/95 | (59) ORDER (ETR) granting deft's mot; PO is authorized to release Presentence Report to him under its usual terms and conditions and recognizing Stuart Vess as attorney of record (EOD 10/3/95) cc: counsel. | rls | | | |
| 5/23/96 | (60) MOTION by deft. to vacate, set aside, or correct sentence under 28 USC 2255 (Ref: 8/13/96  ) LR-C-96-402  rls | | | | |
| 7/15/96 | (61) ORDER (ETR) directing the US to respond to the petition on or before 7/26/96. cc: counsel (EOD 7/16/96)  rls | | | | |
| 8/7/96 | (62) RESPONSE by the United States to deft's motion to vacate, set aside, or correct his snetence. | ams | | | |

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| 8/13/96 | (63) ORDER (ETR) granting motion to vacate, set aside or correct sentence. The conviction and sentence imposed for poss. of a firearm during a drug trafficking crime under 18 U.S.C. 924(c)(1) is vacated. cc to counsel, USM, Dft. EOD 8/14/96 rc | | | | |
| 9/22/98 | (64) REPORT ON OFFENDER by U.S. Probation Officer Rickey Geiggar (rc) | | | | |
| 1/5/99 | (65) MOTION and ORDER modifying conditions of supervision to include residence and participation in a 25 week domestic violence educational program at the Family Service Agency in NLR. (EOD 1/5/99) cc: counsel rls | | | | |
| 4/20/99 | (66) MOTION by govt to modify conditions or term of supervision | | lob | | |
| 4/20/99 | (66) ORDER granting the motion to modify conditions of release. | | lob | | |
| 11/5/99 | (67) MINUTE Order transferring case to Judge Wilson due to the retirement of Judge Roy. rc | | | | |
| 11/9/99 | (68) MOTION to modify the conditions or term of supervision w/consent of the offender – APPROVED by Judge William Wilson rc | | | | |
| 4/20/04 | (69) RESPONSE by deft Akins to writ of garnishment   cw | | | | |
| 4/21/04 | (70) AFFIDAVIT of service of writ of continuing garnishment – Winsett Simmons by USA   cw | | | | |
| 4/21/04 | (71) AFFIDAVIT of service of writ of continuing garnishment – Timothy Akins byy USA   cw | | | | |
| 4/21/04 | (72) APPLICATION for bill of cost by USA   cw | | | | |
| 4/13/04 | (73) APPLICATION for Writ of Continuing Garnishment   rc | | | | |
| 4/16/04 | (74) RETURN of service on Winsett Simmons   rc | | | | |
| 4/16/04 | (75) RETURN of service on Timothy Akins a/k/a Michael Mayfield   rc | | rc | | |
| 4/26/04 | (76) ANSWER of the garnishee Winsett Simmons   rc | | | | |
| 6/1/04 | (77) MOTION of USA to dismiss the garnishee w/o prejudice. (Ref._____)   rc | | | | |
| 6/8/04 | (78) ORDER (WRW) dismissing the garnishee Winsett Simmons without prejudice. cc to counsel.   rc | | | | |

Docket entries after this date are maintained on electronic docket..

Interval (per Section II) | Start Date End Date | Ltr. Code | Total Days